UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOHEMI TERESA ESTRADA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al., <br><br> Defendants. | Cause No. C18-5530RSL <br><br> ORDER OF DISMISSAL |

On September 20, 2019, after giving plaintiffs two opportunities to amend their complaint, the Honorable Ronald B. Leighton, retired United States District Judge, ordered plaintiffs to pay the filing fee within twenty one days or face dismissal of their claims. Dkt. # 20. The order was resent to a new address at plaintiff Nohemi Estrada's request, but no payment was received. Instead, plaintiffs appealed the denial of *in forma pauperis* status to the Ninth Circuit. Dkt. # 22. The appeal was dismissed as untimely (Dkt. # 24), and plaintiffs' motion for reconsideration was denied on September 29, 2020 (Dkt. # 26). This matter was transferred to the undersigned when Judge Leighton retired.

Having reviewed the record and the orders on appeal, the above-captioned matter is hereby DISMISSED for failure to pay the filing fee.

ORDER OF DISMISSAL - 1

Dated this 3rd day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2